**EXHIBIT 2:** INFRINGEMENT

URL: https://www.instagram.com/saintnyspeakeasy/p/C8Z9RL6OBHs/

